UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                <u>ORDER</u>

                                05-CR-6041L

        v.

JAMES ANDRE CLARK,

                Defendant.
_____

      By motion filed on July 15, 2009 (Dkt. #86), the Government seeks to hold resentencing in abeyance, on the Second Circuit's remand. Based on that motion, the resentencing currently scheduled for August 3, 2009 is adjourned without date. Defendant is requested to respond to the Government's motion within fourteen (14) days of entry of this Order.

      IT IS SO ORDERED.

                                              _____
                                                DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
       July 21, 2009.